# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:23−cv−00416−CEH−AEP

| | |
|---|---|
| Marchica v. Monsanto Company | Date Filed: 02/24/2023 |
| Assigned to: Judge Charlene Edwards Honeywell | Date Terminated: 03/10/2023 |
| Referred to: Magistrate Judge Anthony E. Porcelli | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Product Liability | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Marchica** | represented by | **Eric D. Roslansky**<br>The Ruth Law Team<br>8600 4th St N<br>PO Box 16847<br>St Petersburg, FL 33733−6847<br>727−327−3222<br>Email: eroslansky@getjustice.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Austin Johnson Grinder**<br>The Ruth Law Team<br>8600 4th St N<br>PO Box 16847<br>St Petersburg, FL 33733−6847<br>727−327−3222<br>Fax: 727−323−7720<br>Email: agrinder@getjustice.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2023 | 1 | COMPLAINT against Monsanto Company with Jury Demand (Filing fee $402 receipt number AFLMDC−20545628) filed by Frank Marchica. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Grinder, Austin) (Entered: 02/24/2023) |
| 02/24/2023 | 2 | NEW CASE ASSIGNED to Judge Charlene Edwards Honeywell and Magistrate Judge Anthony E. Porcelli. New case number: 8:23−cv−00416−CEH−AEP. (APV) (Entered: 02/24/2023) |
| 02/24/2023 | 3 | SUMMONS issued as to Monsanto Company. (MCB) (Entered: 02/24/2023) |
| 02/24/2023 | 4 | NOTICE of Local Rule 1.07(c), Local Rule 3.02(a)(2), and Local Rule 3.03.<br><br>–**Local Rule 1.07(c)** requires lead counsel to *promptly* file a **Notice of a Related Action** that identifies and describes any related action pending in the Middle District or elsewhere. |

| | | |
|---|---|---|
| | | –**Local Rule 3.02(a)(2)** requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge.<br><br>–**Local Rule 3.03** requires each party to file a disclosure statement. Counsel must make their disclosures using the standard court form. The Disclosure Statement form can be found at www.flmd.uscourts.gov. (Signed by Deputy Clerk). (BGS) (Entered: 02/24/2023) |
| 02/24/2023 | 5 | NOTICE informing the parties that they may consent to the jurisdiction of a United States magistrate judge by filing Form AO 85 Notice, Consent, and Reference of a Civil Action to a Magistrate Judge using the event **Consent to Jurisdiction of US Magistrate Judge**. (Signed by Deputy Clerk). (BGS) (Entered: 02/24/2023) |
| 02/24/2023 | 6 | CORPORATE Disclosure Statement by Frank Marchica. (Grinder, Austin) (Entered: 02/24/2023) |
| 02/24/2023 | 7 | NOTICE of a related action per Local Rule 1.07(c) by Frank Marchica. Related case(s): Yes (Grinder, Austin) (Entered: 02/24/2023) |
| 02/27/2023 | 8 | WAIVER of service returned executed on 02/24/2023 by Frank Marchica as to Monsanto Company. (Grinder, Austin) (Entered: 02/27/2023) |
| 03/10/2023 | 9 | MULTIDISTRICT LITIGATION panel order transferring case to: Northern District of California. MDL case number: 2741. (JNB) (Entered: 03/10/2023) |